1 | McGREGOR W. SCOTT
United States Attorney
2 | MATTHEW M. YELOVICH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
MAR 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ) CASE NO. 2:18-SW-0232 EFB |
|---|---|
| 8061 Maybelline Way<br>Sacramento, California | ) SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated:

_____
EDMUND F. BRENNAN
United States Magistrate Judge